UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BEARING BROKERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 5500 |
| | ) | |
| v. | ) | |
| | ) | Judge Manning |
| GADDIS, INC., | ) | Magistrate Judge Cole |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO STAY ALL
PENDING DEADLINES DUE TO CLASS SETTLEMENT**

Plaintiff Bearing Brokers, Inc. respectfully requests that this Court stay all pending deadlines due to the parties' class settlement agreement. In support thereof, plaintiff states:

1. On June 2, 2011, the parties in the above-captioned case reached a class settlement in principal. The agreement has not yet been reduced to writing. Plaintiff anticipates filing a motion for preliminary approval after the parties have executed a mutually agreeable settlement agreement and release. The proposed class action settlement will resolve the entire case.

2. Accordingly, plaintiff requests that this Court stay all pending deadlines entered on January 27, 2011 [*Dkt. No. 43*], April 18, 2011 [*Dkt. No. 57*], and any other deadlines previously set by this Court, due to the parties' pending class action settlement.

3. Plaintiff has discussed this motion with counsel for defendant, and defendant does not oppose this motion.

1

4. This motion is not filed for purposes of delay.

WHEREFORE, plaintiff respectfully requests that this Court stay all pending deadlines due to the parties' class action settlement.

Respectfully submitted,

 s/ Heather Kolbus 
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on June 3, 2011, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

Eric S. Mattson
emattson@sidley.com

Alison V. Potter
apotter@sidley.com

 s/ Heather Kolbus 
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)