**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Bearing Brokers Inc.
                         Plaintiff,

v.                                      Case No.: 1:10–cv–05500
                                           Honorable Blanche M. Manning

Gaddis Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 12, 2011:

        MINUTE entry before Honorable Blanche M. Manning: It appears that this case has settled. Status hearing set for 7/14/2011 is reset to 7/28/2011 at 11:00 AM. so parties may finalize their settlement documents. If a stipulation is filed prior to this date, no appearance will be necessary.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.