# APPENDIX C

**Strategic Claims Services**

Phone 866.274.4004
610.565.9202
Fax 610.565.7985

www.strategicclaims.net

February 1, 2012

Heather Kolbus, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S LaSalle St, Suite 1800
Chicago, IL 60603

Re: Bearing Brokers v Gaddis

Process Distribution Mailing:
Check printing, assembly, post mail, postage, Bank reconcilement, Declaration and closing of account

| | |
|---|---|
| Set up fee | $ 400.00 |
| 365 class member checks @$1.75 | 638.75 |

1099-Process:
1099 printing, assembly, post, postage, Transmittal filing with Internal Revenue Service

| | |
|---|---|
| Processing fee: Includes up to 20 class member 1099's | $200.00 |

| | |
|---|---|
| TOTAL: | $1,238.75 |

600 North Jackson Street • Suite 3 • Media, PA 19063

PDF processed with CutePDF evaluation edition www.CutePDF.com