UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BEARING BROKERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10 C 5500 |
| | ) | |
| GADDIS, INC., | ) | Judge Manning |
| and JOHN DOES 1-10, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Defendant has caused its insurer, Those Underwriters at Lloyd's, London who severally subscribed to Lloyd's Policy No. BUSC 1028, to pay the Settlement Fund in compliance with the terms of the Settlement Agreement. Therefore, pursuant to Federal Rule of Civil Procedure 41, Plaintiff Bearing Brokers, Inc. and Defendant Gaddis, Inc. hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and the claims of the class members (except Pal-Con, Ltd. and Agis, LLC [*Dkt. Nos. 96-97*], which opted-out of the settlement) with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Daniel A. Edelman | s/ Eric S. Mattson (w/ permission) |
| Daniel A. Edelman | Eric S. Mattson |
| Heather Kolbus | Alison V. Potter |
| EDELMAN, COMBS, LATTURNER | SIDLEY AUSTIN LLP |
| & GOODWIN, LLC | 1 S. Dearborn Street |
| 120 S. LaSalle Street, 18th Floor | Chicago, IL 60603 |
| Chicago, IL 60603 | (312) 853-4716 |
| (312) 739-4200 | (312) 853-7036 (FAX) |
| (312) 419-0379 (FAX) | |

SO ORDERED:

Date: _____   _____
                                      BLANCHE M. MANNING
                                      U.S. District Judge

## **CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, certify that on March 12, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties named below:

    Eric S. Mattson
    emattson@sidley.com

    Alison V. Potter
    apotter@sidley.com


                                                      s/ Daniel A. Edelman
                                                      Daniel A. Edelman


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)