UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Bearing Brokers Inc.
                      Plaintiff,

v.                                           Case No.: 1:10−cv−05500
                                           Honorable Blanche M. Manning

Gaddis Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 12, 2012:

      MINUTE entry before Honorable Blanche M. Manning: Pursuant to the parties' stipulation [41], the plaintiff's individual claims and the claims of the class members (except Pal−Con, Ltd. and Agis, LLC [Dkt. Nos. 96−97], which opted−out of the settlement) are dismissed with prejudice. The clerk is directed to terminate this case from the court's docket and strike all pending dates. Status hearing set to 3/13/2012 is stricken.Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.